UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
*ex rel.* EDWARD O'DONNELL,

    Plaintiff,

    v.

BANK OF AMERICA CORPORATION, *et al.*,

    Defendants.

12 Civ. 1422 (JSR)

**UNSEALING ORDER**

WHEREAS, the United States of America (the "United States" or the "Government") has intervened in this action as against defendants Countrywide Financial Corporation, Countrywide Home Loans, Bank of America Corporation, and Bank of America, N.A., pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4):

IT IS HEREBY ORDERED that:

1. The Complaint of Relator Edward J. O'Donnell ("Relator"), filed with the Clerk of this Court on February 24, 2012, shall be unsealed.

2. All other previously filed documents in the Court's file in this action shall remain under seal and not be made public, except for this Order and the Government's Notice of Election to Intervene.

3. The United States may file a complaint-in-intervention in this matter within 10 days of entry of this order, and any such complaint shall be served upon defendants within 10 days of entry of this order.

Dated: New York, New York
       October 23, 2012

                                                     THE HONORABLE JED S. RAKOFF
                                                        United States District Judge