UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD O'DONNELL,<br><br>      Plaintiff,<br><br>    – v. –<br><br>BANK OF AMERICA CORPORATION, successor to COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., and FULL SPECTRUM LENDING,<br><br>      Defendants. | |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Intervenor,<br><br>    – v. –<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A.,<br><br>      Defendants. | **Case No. 12-cv-1422 (JSR)** |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of RELATOR'S RESPONSES AND OBJECTIONS TO DEFENDANTS' INITIAL INTERROGATORIES and a copy of RELATOR'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO RELATOR were sent as an e-mail attachment this 19th day of November, 2012 to:

| | |
|---|---|
| Enu A. Mainigi<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, NW<br>Washington, D.C.  20005 | Richard M. Strassberg<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 |

          /s/David G. Wasinger
David G. Wasinger
The Wasinger Law Group, P.C.
1401 S. Bren wood Blvd., Ste. 875
St. Louis, MO 63144
Tel: 314-961-0400
Fax: 314-961-2726
dwasinger@wasingerlawgroup.com
*Attorney for Relator Edward O'Donnell*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served through the electronic filing system on November 19, 2012 to:

| | |
|---|---|
| Enu A. Mainigi<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, NW<br>Washington, D.C.  20005 | Richard M. Strassberg<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 |

Pierre G. Armand
Jaimie L. Nawady
Assistant United States Attorneys
86 Chambers Street, Third Floor·
New York, New York 10007

          /s/David G. Wasinger