UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD O'DONNELL,<br><br>Plaintiff,<br><br>– v. –<br><br>BANK OF AMERICA CORPORATION, successor to COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., and FULL SPECTRUM LENDING,<br><br>Defendants. | |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>– v. –<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 12-cv-1422 (JSR) |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Richard M. Strassberg, of Goodwin Procter LLP, as counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Full Spectrum Lending in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated:  December 12, 2012

Respectfully submitted,

By: /s/ Richard M. Strassberg
Richard M. Strassberg
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.:  212.813.8800
Fax:  212.355.3333
E-Mail:  rstrassberg@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on December 12, 2012, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-CM/ECF registered participants on December 12, 2012.

      /s/ Richard M. Strassberg
      Richard M. Strassberg