```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA ex rel.      :
EDWARD O'DONNELL,                     :
                                      :
        Plaintiff,                    :
                                      :
                                      :
        -v-                           :
                                      :
BANK OF AMERICA CORPORATION,          :
successor to COUNTRYWIDE FINANCIAL    :
CORPORATION, COUNTRYWIDE HOME LOANS,  :
INC., and FULL SPECTRUM LENDING,      :
                                      :
        Defendants.                   :
------------------------------------- x       12 Civ. 1422 (JSR)
------------------------------------- x
UNITED STATES OF AMERICA,             :          ORDER
                                      :
        Plaintiff-Intervenor,         :
                                      :
                                      :
        -v-                           :
                                      :
BANK OF AMERICA CORPORATION,          :
successor to COUNTRYWIDE FINANCIAL    :
CORPORATION, COUNTRYWIDE HOME LOANS,  :
INC., and FULL SPECTRUM LENDING,      :
                                      :
        Defendants.                   :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On December 27, 2012, the Court convened a telephonic conference with counsel for the parties in the above-captioned case to resolve various discovery disputes relating to the defendants' production of loan documentation and the Government's preparation of its expert reports. During that conference, the Government applied to extend the deadline for the disclosure of its expert reports,

currently set for March 1, 2013, and all deadlines thereafter by ninety days. After hearing the defendants' objections to the Government's application, the Court granted the Government's application for an extension, but only by sixty days and subject to a number of provisos described below. The Court also ruled on certain other disputes raised by the parties. This Order confirms the Court's rulings, as follows:

1) The deadline for the Government to join additional parties and amend its complaint is extended to January 11, 2013.

2) The deadlines for disclosures relating to expert reports are extended as follows: the Government must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by April 30, 2013, and the defendants must do the same by June 11, 2013.

3) The deadline for the completion of all depositions (including expert depositions) is extended to June 25, 2013. The deadline for service of requests to admit is extended to May 27, 2013.

4) The deadline for the completion of all discovery in this case is extended to July 2, 2013.

5) The schedule for post-discovery summary judgment motions is modified as follows: moving papers must be served by July 16, 2013; answering papers must be served by July 30, 2013; and reply papers must be served by August 6, 2013.

6) The Court will conduct a final pre-trial conference and oral argument on any post-discovery summary judgment motion on August 13, 2013 at 3 p.m.

7) With respect to the Government's pending document requests, the Government must send to the defendants by January 11, 2013, the list of the loan files it wants them to produce; the defendants must begin to produce the loan files specified in the Government's list as soon as possible thereafter and on a rolling basis, and must complete its production of the first 400 of those loan files by January 25, 2013; and the remaining 400 or so loan files must be produced in the two weeks that follow -- i.e., on a rolling basis to be completed no later than February 8, 2013.

8) Finally, and most importantly, the Court will not entertain, let alone grant, any further application by the Government for an extension of the discovery deadlines in this case.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
December 28, 2012