UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,
                Plaintiff,

12 cv 1422 ( JSR)

-against-

Bank of America Corporation,
                Defendant.

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Matthew H. Blumenstein** for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Illinois and the District of Columbia**; and that his/her contact information is as follows (please print):

Applicant's Name: **Matthew H. Blumenstein**

Firm Name: **Williams & Connolly LLP**

Address: **725 Twelfth St., N.W.**

City / State / Zip: **Washington, DC 20005**

Telephone / Fax: **(202) 434-5000 / (202) 434-5029**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Bank of America Corporation** in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/13/13

United States District / ~~Magistrate~~ Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America,
    Plaintiff,

-against-

Bank of America Corporation,
    Defendant.

12 cv 1422 (JSR)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Matthew H. Blumenstein__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Bank of America Corporation__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Illinois and the District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 6/12/13

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: __Matthew H. Blumenstein__

Firm Name: __Williams & Connolly LLP__

Address: __725 Twelfth Street, N.W.__

City / State / Zip: __Washington, DC 20005__

Telephone / Fax: __(202) 434-5400 / (202) 434-5029__

E-Mail: __mblumenstein@wc.com__



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MATTHEW BLUMENSTEIN

was on   MAY 13, 2011,   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 5, 2013

JULIO A. CASTILLO
Clerk of the Court

By: _____
                    Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew Hardwick Blumenstein

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 2009 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, June 05, 2013.

*Carolyn Taft Grosboll*

Clerk