```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
          Plaintiff,                :
                                    :
     -v-                            :
                                    :
COUNTRYWIDE FINANCIAL CORPORATION;  :
COUNTRYWIDE HOME LOANS, INC.;       :    12 Civ. 1422 (JSR)
COUNTRYWIDE BANK, FSB; BANK OF      :
AMERICA CORPORATION; BANK OF        :    ORDER
AMERICA, NA.; and REBECCA MAIRONE,  :
                                    :
          Defendants.               :
------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

Pending before the Court are the defendants' motions for summary judgment. Upon full review of the parties' papers and oral arguments, the Court concludes that there remain genuine factual disputes that, on at least one or more of the Government's theories, preclude the granting of summary judgment to any defendant. While a full opinion setting forth the reasons for this ruling will issue in due course, the Court, at a minimum, expects to indicate to the parties by no later than the morning of the first day of trial which Government theories, if any, do not survive defendants' motions for summary judgment. The Clerk of the Court is directed to close documents numbered 114 and 125 on the docket sheet of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, NY
          August 26, 2013