

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
USA ex rel EDWARD O'DONNELL,       :
                                   :
                Plaintiff,         :           12 Civ. 1422 (JSR)
                                   :
          -v-                      :           ORDER
                                   :
BANK OF AMERICA, as successor to   :
Countrywide, et al.,               :
                                   :
                Defendants.        :
                                   :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.



The trial in this matter was previously scheduled to begin on Monday, September 23, 2013. A large number of criminal trials before other judges will begin that day in the Southern District of New York, and since criminal trials take precedence over civil trials in empaneling juries, our jury department has requested that civil trails begin the following day. Accordingly, the trial of this case will be moved one day and will commence at 9 A.M. on Tuesday, September 24, 2013.

            SO ORDERED.
                                            _____
                                            JED S. RAKOFF, U.S.D.J.

Dated: September 5, 2013
       New York, New York