UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE BANK, FSB, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and REBECCA MAIRONE

    Defendants.

12 Civ. 1422 (JSR)

[PROPOSED] ORDER



I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in the above-captioned matter with Internet connectivity for the trial proceedings set to begin on September 24, 2013 and to continue to conclusion. Courtroom Connect can proceed to make arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to Courtroom Connect.

SO ORDERED.

Dated: New York, New York
       September 16, 2013

_____
JED S. RAKOFF, U.S.D.J.