UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

        - v -

COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE BANK, FSB, BANK OF
AMERICA, N.A., and REBECCA MAIRONE,

        Defendants.
------------------------------------------------------------x

12 Civ. 1422 (JSR)

## JURY'S VERDICT

I. <u>Government's claim against the Bank Defendants</u>

On the government's claim of fraud, we the jury find the Bank Defendants:

Liable ✓        Not Liable ____

II. <u>Government's claim against Rebecca Mairone</u>

On the government's claim of fraud, we the jury find Rebecca Mairone:

Liable ✓        Not Liable ____

Frank Verni
FOREPERSON

Date: Oct. 23, 2013