UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD O'DONNELL,<br><br>            Plaintiff,<br><br>– v. –<br><br>BANK OF AMERICA CORPORATION, successor to COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., and FULL SPECTRUM LENDING,<br><br>            Defendants.<br>UNITED STATES OF AMERICA,<br><br>            Plaintiff-Intervenor,<br><br>– v. –<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE BANK, FSB, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and REBECCA MAIRONE,<br><br>            Defendants. | Case No. 12-cv-1422 (JSR)<br><br>ECF Case |

### DECLARATION OF CRAIG D. SINGER

I, Craig D. Singer, declare as follows:

1. I am admitted *pro hac vice* to the Bar of this Court and am an attorney at the law firm of Williams & Connolly LLP, counsel for Bank of America, N.A. in the above-captioned action. I submit this declaration in support of the Bank Defendants' Memorandum of Law Regarding Penalties.

**Trial Materials**

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the trial transcript in this case.

3. Attached as Exhibit 2 is a true and correct copy of trial exhibits DX 31, DX 73, DX 339, DX 1223A, DX 1928, DX 2577A, DX 2852A, DX 2852B, PX 197, PX 229, and PX 232.

**Witness Materials**

4. Attached as Exhibit 3 is a true and correct copy of the Amended Expert Report of Arnold Barnett, Ph.D., dated September 23, 2013.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Anthony Ho, taken on April 26, 2013 and June 7, 2013.

6. Attached as Exhibit 5 is a true and correct copy of the Corrected Expert Report of Ira H. Holt, Jr., dated August 16, 2013.

7. Attached as Exhibit 6 is a true and correct copy of the initial Expert Report of Robert Glenn Hubbard, dated June 18, 2013.

8. Attached as Exhibit 7 is a true and correct copy of the Updated Expert Report of Robert Glenn Hubbard, dated September 23, 2013.

9. Attached as Exhibit 8 is a true and correct copy of the initial Expert Report of Christopher M. James, dated June 18, 2013.

10. Attached as Exhibit 9 is a true and correct copy of the Updated Expert Report of Christopher M. James, dated September 23, 2013.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Dr. Joseph R. Mason, taken on June 6, 2013.

12. Attached as Exhibit 11 is a true and correct copy of the Second Updated Expert Report of Dr. Joseph R. Mason, dated August 23, 2013.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition transcript of Dr. Daniel L. McFadden, taken on June 11, 2013.

14. Attached as Exhibit 13 is a true and correct copy of the Updated Report of Jonathan L. Walker, Ph.D., dated September 23, 2013.

**Additional Materials**

15. Attached as Exhibit 14 is a true and correct copy of Plaintiff's Initial Disclosures, dated November 6, 2012.

16. Attached as Exhibit 15 is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Interrogatories, dated December 3, 2012.

17. Attached as Exhibit 16 is a true and correct copy of a Letter from Michael Thomas to Government Counsel, USA 00302116, dated January 9, 2013.

18. Attached as Exhibit 17 is a true and correct copy of Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories, dated January 18, 2013.

19. Attached as Exhibit 18 is a true and correct copy of Plaintiff United States of America's First Amended Initial Disclosures, dated April 26, 2013.

20. Attached as Exhibit 19 is a true and correct copy of an email from L. Collogan to Government Counsel, attaching Exhibit A to the Bank Defendants' Responses and Objections to Plaintiff's Requests for Admission, dated June 29, 2013.

21. Attached as Exhibit 20 is a true and correct copy of excerpts from the summary judgment hearing transcript, dated August 13, 2013.

22. Attached as Exhibit 21 is a true and correct copy of a letter from J. Nawaday to the Court, dated August 22, 2013.

23. Attached as Exhibit 22 is a true and correct copy of an email from C. Singer to Government Counsel, dated October 28, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: Washington, DC
       November 20, 2013                    s/Craig D. Singer
                                            Craig D. Singer (*pro hac vice*)