```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.
EDWARD O'DONNELL,

                    Plaintiff,

      -against-

COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE BANK, FSB, BANK OF
AMERICA, N.A., and REBECCA MAIRONE,
                    Defendants.
------------------------------------------------------------X

12 **CIVIL** 1422 (JSR)

**FINAL JUDGMENT**

      Whereas in a trial before this Court, the jury having found Countrywide and its successor in interest, Bank of America, N.A. (collectively, the "Bank Defendants"), along with Ms. Rebecca Mairone, civilly liable for fraud in violation of the Financial Institutions Reform, Recovery, and Enforcement Act ("FIRREA"), 12 U.S.C. § 1833a; this Court now having to determine what civil penalties should be imposed for that violation, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on July 30, 2014, having rendered its Opinion and Order directing the Clerk of the Court to enter Final Judgment directing Bank of America, N.A., on behalf of the Bank Defendants, to pay the Government by no later than September 2, 2014 the sum of $1,267,491,770 and directing Ms. Mairone to pay the Government quarterly payments of at least 20% of her gross income for the previous three months, such payments to be made within one month of the end of each such quarter beginning with the quarter ending September 30, 2014 and continuing until she has paid a total of $1,000,000, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 30, 2014, Bank of America, N.A., on behalf of the Bank Defendants, is hereby directed to pay to the Government by no later the September 2, 2014 the sum

of $1,267,491,770, and Ms. Mairone is directed to pay the Government quarterly payment of at least 20% of her gross income for the previous three months, such payments to be made within one month of the end of each such quarter beginning with the quarter ending September 30, 2014 and continuing until she has paid a total of $1,000,000.

**Dated:** New York, New York
July 31, 2014

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON  7/31/2014