UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD O'DONNELL,<br><br>Plaintiff,<br><br>– v. –<br><br>BANK OF AMERICA CORPORATION, successor to COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., and FULL SPECTRUM LENDING,<br><br>Defendants. |  |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>– v. –<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE BANK, FSB, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and REBECCA MAIRONE,<br><br>Defendants. | Case No. 12-cv-1422 (JSR)<br><br>ECF Case |

## STIPULATION AND ORDER

**WHEREAS** the Court's Order and Opinion dated July 30, 2014 directed defendant Bank of America, N.A. to pay $1,267,491,770 to the government by September 2, 2014;

**WHEREAS** judgment was entered on July 31, 2014, and the deadline for Defendants Countrywide Home Loans, Inc., Countrywide Bank, FSB, and Bank of America, N.A. ("Bank Defendants") to file post-trial motions under Civil Rules 50 and 59 is August 28, 2014;

**WHEREAS** the Bank Defendants intend to file post-trial motions and, if those motions are denied, the Bank Defendants will appeal;

**WHEREAS** Federal Rule of Civil Procedure 62(b) permits the Court to stay execution of a judgment upon appropriate terms for the opposing party's security;

**WHEREAS** the Bank Defendants have moved for a stay of execution of the judgment against the Bank Defendants pending the disposition of post-trial motions pursuant to Civil Rule 62(b);

**WHEREAS** the government consents to a stay of execution of the judgment against the Bank Defendants upon posting by the Bank Defendants of a supersedeas bond in the amount of 111% of the Judgment ($1,406,915,865) no later than September 2, 2014;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that execution of the Judgment entered against Bank of America, N.A. in this matter on July 31, 2014 (ECF No. 344) is stayed pending the disposition of the Bank Defendants' post-trial motions upon the posting by the Bank Defendants of a supersedeas bond in the amount of 111% of the Judgment ($1,406,915,865) no later than September 2, 2014.

Date: August 15, 2014

WILLIAMS & CONNOLLY LLP

By: _____
Brendan V. Sullivan, Jr. (admitted *pro hac vice*)
Enu A. Mainigi (admitted *pro hac vice*)
Kenneth C. Smurzynski (admitted *pro hac vice*)
Craig D. Singer (admitted *pro hac vice*)
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Defendant Bank of America, N.A.*

By: _____
Richard M. Strassberg
William J. Harrington
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333

*Counsel for Defendants Countrywide Home Loans, Inc. and Countrywide Bank, FSB*

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Pierre G. Armand
Jaimie L. Nawaday
Joseph N. Cordaro
Carina H. Schoenberger
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2800
Fax: (212) 637-2730

*Counsel for the United States*

SO ORDERED.

Dated: New York, New York
       August 21, 2014

_____
Hon. Jed S. Rakoff
United States District Judge