UNITED STATES DISTRICT COURT FOF THE SOUTHERN DISTRICT OF NEW YORK    *APPROVED* 8/22/2014*

|  |  |  |
|---|---|---|
| | ) | RUBY J. KRAJICK |
| | ) | CLERK OF COURT |
| UNITED STATES OF AMERICA *ex rel.* | ) | |
| EDWARD O'DONNELL, | ) | BY _____ |
| | ) | Deputy Clerk |
| Plaintiff, | ) | Civil Action No. 12-cv-1422 (JSR) |
| – v. – | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| COUNTRYWIDE BANK, FSB, BANK OF | ) | |
| AMERICA, N.A., and REBECCA MAIRONE, | ) | |
| Defendants. | ) | |

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: 8/22/2014            │
└─────────────────────────────────┘
```

## SUPERSEDEAS BOND

KNOW ALL BY THESE PRESENTS, That Bank of America, N.A., as principal and on behalf of defendants **Bank of America, N.A., Countrywide Home Loans, Inc., and Countrywide Bank, FSB** ("Defendants"), and **Fidelity and Deposit Company of Maryland, Zurich American Insurance Company, XL Specialty Insurance Company, XL Reinsurance America Inc., Travelers Casualty and Surety Company, Liberty Mutual Insurance Company, ACE American Insurance Company, Continental Casualty Company, Berkley Insurance Company, RLI Insurance Company**, as sureties, (hereinafter collectively and individually called "Surety") are held and firmly bound unto **UNITED STATES OF AMERICA**, in the total aggregate sum of **One Billion, Four Hundred and Six Million, Nine Hundred and Fifteen Thousand, Eight Hundred and Sixty Five and Zero Cents  ($1,406,915,865.00) DOLLARS**, lawful money of the United States to be paid to the **United States of America** for which payment well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors  and assigns, severally by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH THAT:

WHEREAS, judgment was entered on **the 31st day of July, 2014** in favor of the **United States of America** and against Defendants in the amount of **$1,267,491,770,**

WHEREAS, Defendants shall file or have filed post-judgment motions, and if denied, will appeal the judgment.

NOW, THEREFORE,  the condition of this obligation is such that this obligation shall be void if Defendants prosecute their post-judgment motions and/or any subsequent appeals to the **United States Court of Appeals for the Second Circuit** and/or the United States Supreme Court and either (a) Defendants satisfy said judgment in full together with costs, interest and damages for delay if for any reason the motions are not granted and the appeal is dismissed  or if the judgment is affirmed; or (b) Defendants satisfy in full such modification of the judgment and such costs, interest and damages as the United States District Court

for the Southern District of New York, the **United States Court of Appeals for the Second Circuit** and/or the United States Supreme Court may adjudge and award. Otherwise then this obligation shall remain in full force and effect.

PROVIDED, HOWEVER, THAT:

1. The maximum amount of liability for each Surety shall be limited to the following amounts:

**Fidelity and Deposit Company of Maryland**, a Maryland Corporation for
**Fourteen Million Dollars** ($14,000,000.00) (1%)

**Zurich American Insurance Company**, a New York Corporation for
**Three Hundred and Thirty Six Million Dollars** ($336,000,000.00) (23.88%)

**XL Specialty Insurance Company**, a Delaware Corporation for
 **Fifteen Million Dollars** ($15,000,000.00) (1.07%)

**XL Reinsurance America Inc.**, a New York Corporation for
**Sixty Million Dollars** ($60,000,000.00) (4.26%)

**Travelers Casualty and Surety Company**, a Connecticut Corporation for
**Three Hundred Million Dollars** ($300,000,000.00) (21.33%)

**Liberty Mutual Insurance Company**, a Massachusetts Corporation for
 **Two Hundred and Fifty Million Dollars** ($ 250,000,000.00) (17.77%)

**ACE American Insurance Company**, a Pennsylvania Corporation for
**Two Hundred and Twenty Five Million Dollars** ($225,000,000.00) (15.99%)

**Continental Casualty Company**, an Illinois Corporation for
**One Hundred and Fifty Million Dollars** ($150,000,000.00) (10.66%)

**Berkley Insurance Company**, a Delaware Corporation for
**Fifty Million Dollars** ($50,000,000.00) (3.55%)

**RLI Insurance Company**, an Illinois Corporation for
**Six Million, Nine Hundred and Fifteen Thousand, Eight Hundred and Sixty Five Dollars**
($6,915,865.00) (0.49%)

2. It is expressly provided that the obligation of the Surety shall be several and not joint, and no Surety shall be responsible in an amount greater than their respective maximum amount of liability set forth above in paragraph 1. Nor shall any Surety's liability be increased or affected hereunder in any way whatsoever as a result of the performance or non-performance by any other Surety of such other Surety's obligation under this Bond.

3. Any claim for payment by the **United States of America** arising under this bond shall be allocated to the percentage of each Surety's limit of liability relative to the aggregate amount of this bond.

4. In no event shall the total obligation of the Surety hereunder exceed the amount herein stated, regardless of the number of years this bond is in force.

5. This Bond may be executed in any number of counterparts, and by the different parties hereto on separate counterparts, each of which counterpart shall be an original, but all of which shall together constitute one and the same instrument.

6. Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure and Rule 65.1 of the Federal Rules of Procedure, see Surety List above, each surety, submits itself to the jurisdiction of the District Court.

IT IS FURTHER AGREED by each Surety that it meets the qualification requirements of Civil L.R. 65.1- 1(b) and that, in the event that the Surety defaults or refuses to obey any court order requiring payment, the Court may, upon notice to the Surety of not less than ten business days, proceed summarily and render judgment against the Surety in accordance with its obligation and award execution thereon.

SIGNED AND SEALED this **22ⁿᵈ** day of **August** 2014.

Bank of America, N.A.

By: _____

Jana J. Litsey, Deputy General Counsel

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION

STATE OF   New York   ,)

COUNTY OF   New York   ,)

ON   THE **22nd** DAY   OF   **August**   20 **14**, BEFORE   ME   PERSONALLY   CAME **JANA  J.  LITSEY**   TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID   DEPOSE   AND   SAY   THAT   (S)HE   RESIDES   AT **214 N. Tryon St., Charlotte, NC 28255** ,   THAT   (S)HE   IS   THE **DEPUTY GENERAL COUNSEL** OF **Bank of America, N.A.** THE   CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION.

Xavier Miranda

Notary Public

XAVIER MIRANDA
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in New York County
01MI6139426
MY COMMISSION EXPIRES 03/21/2015

**SURETY**

**BOND NUMBERS**

**Fidelity and Deposit Company of Maryland**

By:_____

Annette Leuschner, Attorney-In-Fact

**Bond Number: 09164697**

**Zurich American Insurance Company**

By:_____

Annette Leuschner, Attorney-In-Fact

**Bond Number: 09164697**

**XL Specialty Insurance Company**

By:_____

Annette M. Leuschner, Attorney-In-Fact

**Bond Number: SUR7401262**

**XL Reinsurance America Inc.**

By:_____

Annette M. Leuschner, Attorney-In-Fact

**Bond Number: SUR7401263**

**Travelers Casualty and Surety Company**

By:_____

Annette Leuschner, Attorney-In-Fact

**Bond Number: 106147301**

**Liberty Mutual Insurance Company**

By:_____

Annette Leuschner, Attorney-In-Fact

**Bond Number: 19047792**

**ACE American Insurance Company**

By: _____

Annette M. Leuschner, Attorney-In-Fact

Bond Number: K09100295


**Continental Casualty Company**

By: _____

Annette M. Leuschner, Attorney-In-Fact

Bond Number: 929583979


**Berkley Insurance Company**

By: _____

Annette Leuschner, Attorney-In-Fact

Bond Number: 0172617


**RLI Insurance Company**

By: _____

Annette Leuschner, Attorney-In-Fact

Bond Number: CMS0277772

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau ,)

ON THE 22nd DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF Fidelity and Deposit Company of Maryland THE  CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd  DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette
Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND
SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-
IN-FACT OF Zurich American Insurance Company THE    CORPORATION
DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE
KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO
THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY
ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE
SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

Notary Public

**ANDREA E. GORBERT**
**Notary Public, State of New York**
**No. 01GO6170063**
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette M. Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF XL Specialty Insurance Company THE  CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd  DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette M. Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF XL Reinsurance America Inc. THE   CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd  DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF Travelers Casualty and Surety Company THE   CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

_Andrea E. Gorbert_
Notary Public

**ANDREA E. GORBERT**
**Notary Public, State of New York**
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF ACE American Insurance Company THE  CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

Andrea E. Gorbert

Notary Public

**ANDREA E. GORBERT**
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF Liberty Mutual Insurance Company THE  CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

_Andrea E. Gorbert_

Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd  DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette M. Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF Continental Casualty Company THE  CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

**ACKNOWLEDGEMENT OF SURETY**

STATE OF  New York,)
COUNTY OF  Nassau,)


ON THE 22nd DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette
Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND
SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-
IN-FACT OF Berkley  Insurance Company THE   CORPORATION DESCRIBED IN
AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL
OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING
INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD
OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME
THERETO BY LIKE ORDER.


*Andrea E. Gorbert*

Notary Public

**ANDREA E. GORBERT**
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## ACKNOWLEDGEMENT OF SURETY

STATE OF  New York,)
COUNTY OF  Nassau,)

ON THE 22nd  DAY OF August, 2014 , BEFORE ME PERSONALLY CAME Annette Leuschner TO ME KNOWN, WHO, BEING BY ME DULY SWORN, DID DEPOSE AND SAY THAT (S)HE RESIDES AT Suffolk County, NY THAT (S)HE IS THE ATTORNEY-IN-FACT OF RLI Insurance Company THE  CORPORATION DESCRIBED IN AND WHICH EXECUTED THE ABOVE INSTRUMENT; THAT (S)HE KNOWS THE SEAL OF SAID CORPORATION; THAT ONE OF THE SEALS AFFIXED TO THE FOREFGOING INSTRUMENT IS SUCH SEAL; THAT IT WAS SO AFFIXED BY ORDER OF THE BOARD OF DIRECTORS OF SAID CORPORATION; AND THAT (S)HE SIGNED HIS/HER NAME THERETO BY LIKE ORDER.

_Andrea E. Gorbert_

Notary Public

**ANDREA E. GORBERT**
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 2015

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **Fidelity and Deposit Company of Maryland.**
THE **Fidelity and Deposit Company of Maryland** HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **March 14, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**Fidelity and Deposit Company of Maryland**

BY: _____
 **Annette Leuschner**, ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22nd** DAY OF **August**, 20**14**.

_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 2015

# STATE OF NEW YORK
# DEPARTMENT OF FINANCIAL SERVICES

### CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

It is hereby certified that

**Fidelity and Deposit Company of Maryland**
**of Owings Mills, Maryland**

a corporation organized under the laws of the State of Maryland and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $168,959,537.(Capital $5,000,000.) as is shown by its sworn financial statement for the year ended December 31, 2013, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 14th day of March, 2014.

Benjamin M. Lawsky
Superintendent

By *Jacqueline Catalfamo*

Jacqueline Catalfamo
Special Deputy Superintendent

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **Zurich American Insurance Company.**
THE **Zurich American Insurance Company** HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **April 23, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**Zurich American Insurance Company**

BY: _____
   **Annette Leuschner**, ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22ⁿᵈ** DAY OF **August**, 20**14**.

_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 2015

## STATE OF NEW YORK
## DEPARTMENT OF FINANCIAL SERVICES

### CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK
### INSURANCE LAW

It is hereby certified that

Zurich American Insurance Company

a corporation organized under the laws of the State of New York and duly
authorized to transact the business of insurance in this State, is qualified to
become surety or guarantor on all bonds, undertakings, recognizances,
guaranties and other obligations required or permitted by law; and that the said
corporation is possessed of a capital and surplus including gross paid-in and
contributed surplus and unassigned funds (surplus) aggregating the sum of
$7,798,418,339.(Capital $5,000,000.) as is shown by its sworn financial
statement for the year ended December 31, 2013, on file in this Department,
prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or
hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall
be protected in excess of that amount in the manner provided in Section 4118 of
the Insurance Law of this State.



In Witness Whereof, I have here-
unto set my hand and affixed the
official seal of this Department
at the City of Albany, this 23rd
day of April, 2014.

Benjamin M. Lawsky
Superintendent

By *Jacqueline Catalfamo*

Jacqueline Catalfamo
Special Deputy Superintendent

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **THOMAS O. MCCLELLAN, Vice President,** in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **James E. MARRAN, JR, David W. ROSEHILL, Nancy SCHNEE, Andrea E. GORBERT, Annette LEUSCHNER, Valorie SPATES, Beverly A. WOOLFORD and Anne POTTER, all of Jericho, New York, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** this 5th day of February, A.D. 2013.

ATTEST:

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

  

By: _____

*Assistant Secretary*
*Eric D. Barnes*

_____

*Vice President*
*Thomas O. McClellan*

**State of** Maryland
**City of** Baltimore

On this 5th day of February, A.D. 2013, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **THOMAS O. MCCLELLAN, Vice President, and ERIC D. BARNES, Assistant Secretary,** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

_____

Constance A. Dunn, Notary Public
My Commission Expires: July 14, 2015

POA-F 093-7185C

## ZURICH AMERICAN INSURANCE COMPANY
## COMPARATIVE BALANCE SHEET
### ONE LIBERTY PLAZA, 165 BROADWAY, 32nd FLOOR, NEW YORK, NY 10006
### As of December 31, 2013 and December 31, 2012

|  | 12/31/2013 | 12/31/2012 |
|---|---|---|
| **Assets** | | |
| Bonds | $ 18,990,565,123 | $ 18,907,466,866 |
| Preferred Stock | - | - |
| Common Stock | 2,411,755,638 | 2,123,025,432 |
| Other Invested Assets | 2,505,133,631 | 2,035,077,824 |
| Short-term Investments | 327,019,081 | 126,053,209 |
| Receivable for securities | 123,767,865 | 134,410,839 |
| Cash and cash equivalents | (65,045,469) | 728,298,115 |
| Securities lending reinvested collateral assets | 208,060,537 | 225,335,750 |
| Employee Trust for Deferred Compensation Plan | 142,420,097 | 130,493,778 |
| **Total Cash and Invested Assets** | $ 24,643,676,503 | $ 24,410,161,814 |
|  | | |
| Premiums Receivable | $ 3,358,946,105 | $ 3,649,247,239 |
| Funds Held with Reinsurers | 2,383,155 | 3,681,443 |
| Reinsurance Recoverable | 391,812,478 | 215,451,507 |
| Accrued Investment Income | 113,886,701 | 121,729,727 |
| Federal Income Tax Recoverable | 940,033,456 | 930,267,731 |
| Due from Affiliates | 183,852,738 | 187,274,289 |
| Other Assets | 549,410,052 | 493,265,075 |
| **Total Assets** | $ 30,184,001,188 | $ 30,011,078,824 |
|  | | |
| **Liabilities and Policyholders' Surplus** | | |
| Liabilities: | | |
| Loss and LAE Reserves | $ 13,894,112,327 | $ 14,244,436,264 |
| Unearned Premium Reserve | 4,321,146,577 | 4,159,670,241 |
| Funds Held with Reinsurers | 185,460,548 | 212,412,675 |
| Loss In Course of Payment | 357,922,606 | 408,170,112 |
| Commission Reserve | 68,132,284 | 64,038,359 |
| Federal Income Tax Payable | 290,773,995 | 16,190,044 |
| Remittances and Items Unallocated | 111,710,550 | 196,410,982 |
| Payable to parent, subs and affiliates | 154,428,297 | 57,540,814 |
| Provision for Reinsurance | 43,942,761 | 66,649,220 |
| Ceded Reinsurance Premiums Payable | 807,651,125 | 551,510,878 |
| Securities Lending Collateral Liability | 208,060,537 | 225,335,750 |
| Other Liabilities | 1,942,241,242 | 2,166,453,164 |
| **Total Liabilities** | $ 22,385,582,849 | $ 22,368,818,502 |
|  | | |
| Policyholders' Surplus: | | |
| Common Capital Stock | $ 5,000,000 | $ 5,000,000 |
| Paid-In and Contributed Surplus | 4,394,131,321 | 4,394,131,321 |
| Surplus Notes | - | 430,000,000 |
| Special Surplus Funds | 34,865,000 | 43,259,000 |
| Cumulative Unrealized Gain | 505,136,565 | 331,857,594 |
| Unassigned Surplus | 2,859,285,454 | 2,438,012,408 |
| **Total Policyholders' Surplus** | $ 7,798,418,339 | $ 7,642,260,323 |
|  | | |
| **Total Liabilities and Policyholders' Surplus** | $ 30,184,001,188 | $ 30,011,078,824 |

I, Dennis F. Kerrigan, Corporate Secretary of ZURICH AMERICAN INSURANCE COMPANY do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2013, according to the best of my information, knowledge and belief.

_Corporate Secretary_

State of Illinois

County of Cook } SS:

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 15th day of March, 2014.

_Notary public_

OFFICIAL SEAL
DARRYL JOINER
Notary Public - State of Illinois
My Commission Expires May 3, 2014

# FIDELITY AND DEPOSIT COMPANY
### OF MARYLAND
600 Red Brook Blvd., Suite 600, Owings Mills, MD 21117

### Statement of Financial Condition
As Of December 31, 2013

### ASSETS

| | | |
|---|---|---:|
| Bonds............................................................................................................. | $ | 139,272,722 |
| Stocks ............................................................................................................ | | 22,258,887 |
| Cash and Short Term Investments................................................................... | | 6,595,113 |
| Reinsurance Recoverable ............................................................................... | | 17,970,134 |
| Other Accounts Receivable ............................................................................ | | 33,409,916 |
| TOTAL ADMITTED ASSETS................................................................................. | $ | 219,506,772 |

### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | | |
|---|---|---:|---:|
| Reserve for Taxes and Expenses .................................................................... | $ | | 1,787,480 |
| Ceded Reinsurance Premiums Payable............................................................ | | | 42,146,005 |
| Securities Lending Collateral Liability........................................................... | | | 6,613,750 |
| TOTAL LIABILITIES ........................................................................................... | $ | | 50,547,235 |
| Capital Stock, Paid Up.................................................................................... | $ | 5,000,000 | |
| Surplus........................................................................................................... | | 163,959,537 | |
| Surplus as regards Policyholders .................................................................... | | | 168,959,537 |
| TOTAL............................................................................................................ | $ | | 219,506,772 |

Securities carried at $58,378,690 in the above statement are deposited with various states as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners. On the basis of market quotations for all bonds and stocks owned, the Company's total admitted assets at December 31, 2013 would be $223,222,696 and surplus as regards policyholders $172,675,461.

I, DENNIS F. KERRIGAN, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2013.

_Corporate Secretary_

State of Illinois
City of Schaumburg } SS:

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 15th day of March, 2014.

_Notary Public_

OFFICIAL SEAL
DARRYL JOINER
Notary Public - State of Illinois
My Commission Expires May 3, 2014

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette M. Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **XL Specialty Insurance Company.**
THE **XL Specialty Insurance Company** HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **April 11, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**XL Specialty Insurance Company**

BY: _____
     **Annette M. Leuschner**, ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22**<sup>nd</sup> DAY OF **August**, 20**14**.

_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

# CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

## STATE OF NEW YORK

## DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

### XL SPECIALTY INSURANCE COMPANY

Of Wilmington, Delaware

a corporation organized under the laws of the State of Delaware and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $158,343,043 (Capital $5,812,500) as is shown by its sworn financial statement for the end of the year as of December 31, 2013, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 11th day of April, 2014

**Benjamin M. Lawsky**
**Superintendent**

By Jacqueline Catalfamo

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

www.dfs.ny.gov

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette M. Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **XL Reinsurance America Inc.**
THE **XL Reinsurance America Inc.**   HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **April 11, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**XL Reinsurance America Inc.**

BY: _____
   **Annette M. Leuschner** , ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22**<sup>nd</sup> DAY OF **August** , 20**14**.

_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

# CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

## STATE OF NEW YORK

## DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

### XL REINSURANCE AMERICA INC.

Of New York, New York

a corporation organized under the laws of the State of New York and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $2,244,505,234 (Capital $5,000,000) as is shown by its sworn financial statement for the end of the year as of December 31, 2013, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 11th day of April, 2014

**Benjamin M. Lawsky**
**Superintendent**

By Jacqueline Catalfamo

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

www.dfs.ny.gov



XL Group
Insurance
Reinsurance

Power of Attorney
XL Specialty Insurance Company
Greenwich Insurance Company
XL Reinsurance America Inc.

**THIS IS NOT A BOND NUMBER**
**UNLIMITED POWER OF ATTORNEY**
**XL1512823**

KNOW ALL MEN BY THESE PRESENTS: That  XL Specialty Insurance Company, and  Greenwich Insurance Company, Delaware insurance companies with offices located at 505 Eagleview Blvd., Exton, PA 19341, and XL Reinsurance America Inc., a New York insurance company with offices located at 70 Seaview Avenue, Stamford, CT 06902, , do hereby nominate, constitute, and appoint:
*Nancy Schinge, David M. Rasehill, Edward Reilly, Anne Potter, Beverly Woolford, Kevin T. Walsh, Kelly O'Malley, Andrea E. Gorbert, Valorie Spates, Arhetta M. Leuschner*

each its true and lawful Attorney(s)-in-fact to make, execute, attest, seal and deliver for and on its behalf, as surety, and as its act and deed, where required, any and all bonds and undertakings in the nature thereof, , for the penal sum of no one of which is in any event to exceed UNLIMITED.

Such bonds and undertakings, when duly executed by the aforesaid Attorney (s) - in - Fact shall be binding upon each said Company as fully and to the same extent as if such bonds and undertakings were signed by the President and Secretary of the Company and sealed with its corporate seal.

The Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Board of Directors of each of the Companies on the 29th day of May 2014.

RESOLVED, that Gary Kaplan, David Hewett, William Mills, Gregory Boal and Kevin Mirsch are hereby appointed by the Board as authorized to make, execute, seal and deliver for and on behalf of the Company, any and all bonds, undertakings, contracts or obligations in surety or co-surety with others and that the Secretary or any Assistant Secretary of the Company be and that each of them hereby is authorized to attest the execution of any such bonds, undertakings, contracts or obligations in surety or co-surety and attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that Gary Kaplan, David Hewett, William Mills, Gregory Boal and Kevin Mirsch each is hereby authorized to execute powers of attorney qualifying the attorney named in the given power of attorney to execute, on behalf of the Company, bonds and undertakings in surety or co-surety with others, and that the Secretary or any Assistant Secretary of the Company be, and that each of them is hereby authorized to attest the execution of any such power of attorney, and to attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that the signature of such officers named in the preceding resolutions and the corporate seal of the Company may be affixed to such powers of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be thereafter valid and binding upon the Company with respect to any bond, undertaking, contract or obligation in surety or co-surety with others to which it is attached.

IN WITNESS WHEREOF, the XL SPECIALTY INSURANCE COMPANY and GREENWICH INSURANCE COMPANY has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officers this May 29th, 2014.



**XL SPECIALTY INSURANCE COMPANY**
**GREENWICH INSURANCE COMPANY**

By: *David S. Hewett*

SENIOR VICE PRESIDENT

Attest: *Toni Ann Perkins*

SECRETARY

STATE OF CONNECTICUT
COUNTY OF FAIRFIELD

On this 29th day of May, 2014, before me personally came David S. Hewett to me known, who, being duly sworn, did depose and say: that he is Executive Vice President of XL SPECIALTY INSURANCE COMPANY and Senior Vice President of GREENWICH INSURANCE COMPANY, described in and which executed the above instrument; that he knows the seals of said Companies; that the seals affixed to the aforesaid instrument are such corporate seals and were affixed thereto by order and authority of the Boards of Directors of said Companies; and that he executed the said instrument by like order.



*Kim D. Silva*

NOTARY PUBLIC

SB-0034 – 3/11

## XL REINSURANCE AMERICA INC.
## STATUTORY STATEMENT OF ADMITTED ASSETS,
## LIABILITIES, CAPITAL AND SURPLUS
### December 31, 2013
### (U.S. Dollars)

| Assets: | | Liabilities: | |
|---|---|---|---|
| Bonds | 3,585,728,229 | Loss & loss adjustment expenses | 2,198,053,137 |
| Stocks | 748,128,345 | Reinsurance payable on paid loss and loss adjustment expenses | 5,960,634 |
| Cash and short-term investments | 170,914,776 | Unearned premiums | 390,533,599 |
| Other Invested Assets | 75,285,679 | | |
| Receivable for securities | | Ceded reinsurance premium payable | 340,708,711 |
| **Total Invested Assets** | **4,580,057,029** | Funds held by company under reinsurance treaties | 113,336,753 |
| | | Payable for Securities | 1,205,344 |
| | | Other Liabilities | 233,514,972 |
| | | **Total Liabilities** | **3,283,313,150** |
| Agents Balances | 278,927,642 | Capital and Surplus: | |
| Funds held by or deposited with reinsured companies | 147,860,298 | Aggregate write-ins for special surplus funds | |
| | | Common capital Stock | 5,000,000 |
| Reinsurance recoverable on loss and loss adjustment expense payments | 287,878,865 | Gross paid in and contributed surplus | 1,866,926,322 |
| Accrued interest and dividends | 32,995,448 | Unassigned surplus | 372,578,912 |
| Other admitted assets | 200,099,102 | **Total Capital and Surplus** | **2,244,505,234** |
| **Total Admitted Assets** | **5,527,818,384** | **Total Liabilities, Capital and Surplus** | **5,527,818,384** |

I, Andrew Robert Will, Vice President and Controller of XL Reinsurance America Inc. (the "Corporation") do hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities, Capital and Surplus of the Corporation, as of December 31, 2013, prepared in conformity with the accounting practices prescribed or permitted by the Insurance Department of the State of New York. The foregoing statement should not be taken as a complete statement of financial condition of the Corporation. Such a statement is available upon request at the Corporation's principal office located at Seaview House, 70 Seaview Avenue, Stamford, CT  06902-06040.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation at Stamford, Connecticut.

_____

Vice President and Controller

**XL SPECIALTY INSURANCE COMPANY**
**STATUTORY STATEMENT OF ADMITTED ASSETS,**
**LIABILITIES, CAPITAL AND SURPLUS**
December 31, 2013
(U.S. Dollars)

| Assets: | | Liabilities: | |
|---|---|---|---|
| Bonds | 243,078,129 | Loss & loss adjustment expenses | 202,897,195 |
| Stocks | 47,367,742 | Reinsurance payable on paid loss and loss adjustment expenses | 550,213 |
| Cash and short-term investments | 103,941,689 | Unearned premiums | 36,049,248 |
| Receivable for securities | | Ceded reinsurance premium payable | |
| **Total Invested Assets** | **394,387,560** | Funds held by company under reinsurance treaties | 10,668,107 |
| | | Payable for Securities | |
| | | Other Liabilities | 32,063,624 |
| | | **Total Liabilities** | **282,228,387** |
| Agents Balances | 25,747,167 | Capital and Surplus: | |
| | | Aggregate write-ins for special surplus funds | |
| Funds held by or deposited with reinsured companies | | Common capital Stock | 5,812,500 |
| Reinsurance recoverable on loss and loss adjustment expense payments | | Gross paid in and contributed surplus | 127,462,739 |
| Accrued interest and dividends | 1,346,314 | Unassigned surplus | 25,067,804 |
| Other admitted assets | 19,090,389 | **Total Capital and Surplus** | **158,343,043** |
| **Total Admitted Assets** | **440,571,430** | **Total Liabilities, Capital and Surplus** | **440,571,430** |

I, Andrew Robert Will,  Vice President and Controller of XL Specialty Insurance Company (the "Corporation") do hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities, Capital and Surplus of the Corporation, as of December 31, 2013, prepared in conformity with the accounting practices prescribed or permitted by the Insurance Department of the State of Delaware.  The foregoing statement should not be taken as a complete statement of financial condition of the Corporation.  Such a statement is available upon request at the Corporation's principal office located at Seaview House, 70 Seaview Avenue, Stamford, CT  06902-06040.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed the seal of the Corporation at Stamford, Connecticut.

_Vice President and Controller_

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **Travelers Casualty and Surety Company,**
THE **Travelers Casualty and Surety Company** HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **April 23, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**Travelers Casualty and Surety  Company**

BY: _____
   **Annette Leuschner**, ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22ⁿᵈ** DAY OF **August** , 20**14**.

_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

### STATE OF NEW YORK

### DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**Travelers Casualty and Surety Company**

Of Hartford, Connecticut

a corporation organized under the laws of the State of Connecticut  and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $6,558,646,505 (Capital $25,000,000) as is shown by its sworn financial statement for the year ending December 31, 2013 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department in the City of Albany, this 23th day of April, 2014.

**Benjamin M. Lawsky**
**Superintendent of Insurance**

By   *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER



# POWER OF ATTORNEY

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**

**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

**Attorney-In Fact No.** 228071

**Certificate No.** 005944841

**KNOW ALL MEN BY THESE PRESENTS**: That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

David W. Rosehill, Nancy Schnee, Annette Leuschner, Andrea E. Gorbert, Valorie Spates, Beverly A. Woolford, and Anne Potter

of the City of ____Jericho____, State of ____New York____, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this ____6th____ day of ____June____, ____2014____.

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**

**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

State of Connecticut
City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the ____6th____ day of ____June____, ____2014____, before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.

_____
Marie C. Tetreault, Notary Public

58440-8-12 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

TRAVELERS CASUALTY AND SURETY COMPANY

HARTFORD, CONNECTICUT  06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2013

CAPITAL STOCK $ 25,000,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| CASH AND INVESTED CASH | $   649,717,644 | UNEARNED PREMIUMS | $  1,815,807,881 |
| BONDS | 9,393,587,928 | LOSSES | 6,046,835,704 |
| STOCKS | 3,741,038,088 | REINSURANCE PAYABLE ON PAID LOSSES & LOSS ADJ. EXPENSES | 227,906,838 |
| OTHER INVESTED ASSETS | 791,966,945 | LOSS ADJUSTMENT EXPENSES | 1,330,905,016 |
| PREMIUM BALANCES | 1,301,193,954 | COMMISSIONS | 123,881,818 |
| INVESTMENT INCOME DUE AND ACCRUED | 107,464,278 | TAXES, LICENSES AND FEES | 73,245,066 |
| NET DEFERRED TAX ASSET | 287,802,003 | OTHER EXPENSES | 128,115,292 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 59,598,328 | CEDED REINSURANCE NET PREMIUMS PAYABLE | 63,012,874 |
| UNDISTRIBUTED PAYMENTS | 39,716,722 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 38,598,504 |
| EQUITIES AND DEPOSITS IN POOLS & ASSOCIATIONS | 17,554,791 | REMITTANCES AND ITEMS NOT ALLOCATED | (8,288,581) |
| REINSURANCE RECOVERABLE | 36,744,128 | PAYABLE FOR SECURITIES | 16,524,294 |
| FUNDS HELD BY / DEPOSITED WITH REINSURERS | 2,365,030 | PAYABLE FOR SECURITIES LENDING | 29,781,863 |
| AMOUNTS RECEIVABLE UNDER HIGH DEDUCTIBLE POLICIES | 15,403,171 | POLICYHOLDER DIVIDENDS | 9,585,160 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 29,781,863 | RETROACTIVE REINSURANCE RESERVE CEDED | (20,624,174) |
| STATE SURCHARGES RECEIVABLE | 9,594,907 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 31,751,766 |
| GUARANTY FUNDS RECEIVABLE OR ON DEPOSIT | 743,917 | OTHER ACCRUED EXPENSES AND LIABILITIES | 1,155,823 |
| OTHER ASSETS | 327,774 | TOTAL LIABILITIES | $  9,905,754,944 |
| | | | |
| | | CAPITAL STOCK | $     25,000,000 |
| | | PAID IN SURPLUS | 2,629,824,585 |
| | | OTHER SURPLUS | 3,903,821,920 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $  6,558,646,505 |
| | | | |
| TOTAL ASSETS | $ 16,464,401,449 | TOTAL LIABILITIES & SURPLUS | $ 16,464,401,449 |

STATE OF CONNECTICUT          )

COUNTY OF HARTFORD          ) SS.

CITY OF HARTFORD          )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY,

AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL

CONDITION OF SAID COMPANY AS OF THE 31ST DAY OF DECEMBER, 2013.

_Michael J Doody_
SECOND VICE PRESIDENT

_(signature)_
NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME THIS
19TH DAY OF MARCH, 2014

SUSAN M. WEISSLEDER
Notary Public
My Commission Expires November 30, 2017

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette Leuschner** , BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **Liberty Mutual Insurance Company.**
THE **Liberty Mutual Insurance Company** HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **April 1, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**Liberty Mutual Insurance Company**

BY: _____

  **Annette Leuschner** , ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22nd** DAY OF **August**, 20**14**.

_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## <u>CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW</u>

### STATE OF NEW YORK

### DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**Liberty Mutual Insurance Company**

Boston, Massachusetts

a corporation organized under the laws of the State of Massachusetts and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $15,126,396,325 (Capital $10,000,000) as is shown by its sworn financial statement for the year ending December 31, 2013 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department in the City of Albany, this 1st day of April, 2014.

**Benjamin M. Lawsky**
**Superintendent of Insurance**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 6549413

American Fire and Casualty Company       Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company      West American Insurance Company

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint,   Andrea E. Gorbert; Anne Potter; Annette Leuschner; Beverly A. Woolford; David W. Rosehill; Nancy Schnee; Valorie Spates

all of the city of __Jericho__, state of __NY__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __24th__ day of __April__   __2014__.

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA
                              ss
COUNTY OF MONTGOMERY

On this __24th__ day of __April__   __2014__, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella , Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Gregory W. Davenport, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _____ day of ___AUG 2 2 2014___, 20_____.

By: _Gregory W. Davenport_
Gregory W. Davenport, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

LMS_12873_122013

401 of 1000



**LIBERTY MUTUAL INSURANCE COMPANY**

**FINANCIAL STATEMENT — DECEMBER 31, 2013**

### Assets

| | |
|---|---:|
| Cash and Bank Deposits | $1,118,180,550 |
| *Bonds — U.S Government | 1,888,225,943 |
| *Other Bonds | 12,039,490,815 |
| *Stocks | 9,030,962,112 |
| Real Estate | 251,301,907 |
| Agents' Balances or Uncollected Premiums | 4,781,042,931 |
| Accrued Interest and Rents | 149,855,386 |
| Other Admitted Assets | 15,216,749,451 |
| **Total Admitted Assets** | **$44,475,809,095** |

### Liabilities

| | |
|---|---:|
| Unearned Premiums | $5,940,431,054 |
| Reserve for Claims and Claims Expense | 17,305,063,560 |
| Funds Held Under Reinsurance Treaties | 212,659,311 |
| Reserve for Dividends to Policyholders | 1,226,236 |
| Additional Statutory Reserve | 63,348,980 |
| Reserve for Commissions, Taxes and Other Liabilities | 5,826,683,629 |
| **Total** | **$29,349,412,770** |

| | | |
|---|---:|---:|
| Special Surplus Funds | $55,686,852 | |
| Capital Stock | 11,250,000 | |
| Paid in Surplus | 7,898,288,167 | |
| Unassigned Surplus | 7,161,171,306 | |
| **Surplus to Policyholders** | | **15,126,396,325** |
| **Total Liabilities and Surplus** | | **$44,475,809,095** |



\* Bonds are stated at amortized or investment value; Stocks at Association Market Values.
The foregoing financial information is taken from Liberty Mutual Insurance Company's financial statement filed with the state of Massachusetts Department of Insurance.

I, TIM MIKOLAJEWSKI, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the foregoing is a true, and correct statement of the Assets and Liabilities of said Corporation, as of December 31, 2013, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation at Seattle, Washington, this 20th day of March, 2014.

_____
Assistant Secretary

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **ACE American Insurance Company**
THE **ACE American Insurance Company**  HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **August 11, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.


**ACE American Insurance Company**

BY: _____
    **Annette Leuschner** , ATTORNEY-IN-FACT


SWORN TO ME BEFORE THIS **22nd** DAY OF **August** , 20**14**.


_____
Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

### ACE American Insurance Company

Of Philadelphia, Pennsylvania

a corporation organized under the laws of the State of Pennsylvania and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $2,799,211,800 (Capital $5,000,000) as is shown by its sworn financial statement for the first quarter ending March 31, 2014 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department in the City of Albany, this 11th day of August, 2014.

**Benjamin M. Lawsky**
**Superintendent of Insurance**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

# Power of Attorney

## ACE AMERICAN INSURANCE COMPANY
## ACE PROPERTY & CASUALTY INSURANCE COMPANY

Know all men by these presents: That ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation of the Commonwealth of Pennsylvania, having its principal office in the City of Philadelphia, Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on March 20, 2009, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

Does hereby nominate, constitute and appoint Annette M Leuschner, Vivian Caro, all of the City of NEW YORK , New York, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Two hundred Sixty Seven million Six hundred Ninety Nine thousand dollars & zero cents ($267,699,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY this 8 day of August 2014.

ACE AMERICAN INSURANCE COMPANY
ACE PROPERTY & CASUALTY INSURANCE COMPANY

 

Stephen M. Haney , Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA ss.

On this 8 day of August A.D. 2014 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.

 

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 25, 2014

Notary Public

I, the undersigned Assistant Secretary of the ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this _____ day of AUG 2 2 2014 20___

 

William L. Kelly, Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER August 08, 2015.

THE BACK OF THIS DOCUMENT LISTS VARIOUS SECURITY FEATURES     THAT WILL PROTECT AGAINST COPY COUNTERFEIT AND ALTERATION.

FORM NO. 88005

Super Safety® ANTI-FRAUD PROTECTION

# ACE AMERICAN INSURANCE COMPANY

**FINANCIAL STATEMENT**                          **DECEMBER 31, 2013**

### ADMITTED ASSETS

| | |
|---|---:|
| BONDS | 6,142,755,538 |
| SHORT - TERM INVESTMENTS | 160,850,333 |
| STOCKS | 1,898,949,676 |
| REAL ESTATE | 56,687,641 |
| CASH ON HAND AND IN BANK | (102,778,399) |
| PREMIUM IN COURSE OF COLLECTION* | 536,060,099 |
| INTEREST ACCRUED | 54,078,727 |
| OTHER ASSETS | 2,950,678,990 |
| TOTAL ASSETS | 11,697,282,605 |

### LIABILITIES

| | |
|---|---:|
| RESERVE FOR UNEARNED PREMIUMS | 511,023,211 |
| RESERVE FOR LOSSES | 2,847,050,442 |
| RESERVE FOR TAXES | 60,839,261 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 147,355,682 |
| OTHER LIABILITIES | 5,454,023,549 |
| TOTAL LIABILITIES | 9,020,292,145 |

| | |
|---|---:|
| CAPITAL:  100,000  SHARES, $50 PAR VALUE | 5,000,000 |
| CAPITAL:  PAID IN | 1,123,395,612 |
| AGGREGATE WRITE-INS FOR SPECIAL SURPLUS FUNDS | 0 |
| SURPLUS (UNASSIGNED) | 1,548,594,848 |
| SURPLUS TO POLICYHOLDERS | 2,676,990,460 |
| TOTAL | 11,697,282,605 |

(*EXCLUDES PREMIUM MORE THAN 90 DAYS DUE.)

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

John P. Taylor, being duly sworn, says that he is Senior Vice President of
ACE American Insurance Company and that to the best of his knowledge and belief the
foregoing is a true and correct statement of the said Company's financial condition as of the
31 st day of December, 2013.

Sworn before me this _____ 3/31/14 _____

_____
Senior Vice President

_____
Notary Public

August 8, 2015
My commission expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane Wright, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 8, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette M. Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **Continental Casualty Company**
THE **Continental Casualty Company**  HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **April 9, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**Continental Casualty Company**

BY: _____

    **Annette M. Leuschner**, ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22nd** DAY OF **August** , 20**14**.

_____

Notary Public

ANDREA E. GORBERT
Notary Public, State of New York
No. 01GO6170063
Qualified in Suffolk County
Commission Expires July 02, 20 15

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

### STATE OF NEW YORK

### DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

### CONTINENTAL CASUALTY COMPANY

Of Chicago, Illinois

a corporation organized under the laws of the State of Illinois and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $11,136,699,609 (Capital $35,632,565) as is shown by its sworn financial statement for the year ending December 31, 2013 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department in the City of Albany, this 9th day of April, 2014.

**Benjamin M. Lawsky**
**Superintendent of Insurance**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That Continental Casualty Company, an Illinois insurance company, National Fire Insurance Company of Hartford, an Illinois insurance company, and American Casualty Company of Reading, Pennsylvania, a Pennsylvania insurance company (herein called "the CNA Companies"), are duly organized and existing insurance companies having their principal offices in the City of Chicago, and State of Illinois, and that they do by virtue of the signatures and seals herein affixed hereby make, constitute and appoint

**Annette M Leuschner, Nancy Schnee, Valorie Spates, Andrea E Gorbert, Beverly A Woolford, Anne Potter, Individually, of Jericho, NY**
**Debra A Deming, Vivian Carti, Evangelina L Dominick, Annette M Leuschner, Cynthia Farrell, Sandra Diaz, Jessica Iannotta, Kelly O'Malley, Kevin T Walsh, Jr, Edward Reilly, Individually, of New York, NY**

their true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on their behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind them thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of their insurance companies and all the acts of said Attorney, pursuant to the authority hereby given is hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law and Resolutions, printed on the reverse hereof, duly adopted, as indicated, by the Boards of Directors of the insurance companies.

**In Witness Whereof,** the CNA Companies have caused these presents to be signed by their Vice President and their corporate seals to be hereto affixed on this 7th day of February, 2014.

  

Continental Casualty Company
National Fire Insurance Company of Hartford
American Casualty Company of Reading, Pennsylvania

Paul T. Bruflat                                    Vice President

State of South Dakota, County of Minnehaha, ss:

On this 7th day of February, 2014, before me personally came Paul T. Bruflat to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is a Vice President of Continental Casualty Company, an Illinois insurance company, National Fire Insurance Company of Hartford, an Illinois insurance company, and American Casualty Company of Reading, Pennsylvania, a Pennsylvania insurance company described in and which executed the above instrument; that he knows the seals of said insurance companies; that the seals affixed to the said instrument are such corporate seals; that they were so affixed pursuant to authority given by the Boards of Directors of said insurance companies and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said insurance companies.



My Commission Expires June 23, 2015

J. Mohr                                    Notary Public

### CERTIFICATE

I, D. Bult, Assistant Secretary of Continental Casualty Company, an Illinois insurance company, National Fire Insurance Company of Hartford, an Illinois insurance company, and American Casualty Company of Reading, Pennsylvania, a Pennsylvania insurance company do hereby certify that the Power of Attorney herein above set forth is still in force, and further certify that the By-Law and Resolution of the Board of Directors of the insurance companies printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said insurance companies this _____ day of __AUG 2 2 2014_____, _____.

  

Continental Casualty Company
National Fire Insurance Company of Hartford
American Casualty Company of Reading, Pennsylvania

D. Bult                                    Assistant Secretary

Form F6853-4/2012

**CONTINENTAL CASUALTY COMPANY**
Chicago, Illinois
**Statement of Net Admitted Assets and Liabilities**
**December 31, 2013**

### ASSETS

| | | |
|---|---|---:|
| Bonds | $ | 30,229,955,367 |
| Stocks | | 4,746,557,669 |
| Mortgage loans on real estate | | 469,092,801 |
| Cash and short-term investments | | 415,957,659 |
| Other invested assets | | 2,747,969,437 |
| Receivables for securities | | 220,144,221 |
| Investment income due and accrued | | 325,573,800 |
| Uncollected premiums and agents' balances | | 756,059,721 |
| Deferred premiums, agents' balances and installments booked but deferred and not yet due | | 816,321,820 |
| Amounts recoverable from reinsurers | | 160,346,989 |
| Funds held by or deposited with reinsured companies | | 620,515,689 |
| Net deferred tax asset | | 846,027,433 |
| Other assets | | 287,810,015 |
| Total Assets | $ | 42,642,332,621 |

### LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| Losses | $ | 16,372,553,624 |
| Loss adjustment expense | | 2,277,063,954 |
| Other expense | | 682,511,985 |
| Taxes, licenses and fees | | 192,617,490 |
| Federal and foreign income taxes payable | | 184,378,523 |
| Unearned premiums | | 11,568,710,301 |
| Ceded reinsurance premiums payable (net of ceding commissions) | | 375,591,520 |
| Provision for reinsurance | | 118,341,078 |
| Other liabilities | | (266,135,463) |
| Total Liabilities | | 31,505,633,012 |

| | | |
|---|---:|---:|
| Surplus Account: | | |
| Capital paid up | 35,632,565 | |
| Gross paid in and contributed surplus | 5,684,824,266 | |
| Special Surplus | 289,755,132 | |
| Unassigned funds | 5,126,487,646 | |
| Surplus as regards policyholders | | 11,136,699,609 |
| Total Liabilities and Capital | $ | 42,642,332,621 |

I, OJ B. Magana, Assistant Vice President of Continental Casualty Company hereby certify that the above is an accurate representation of the financial statement of the Company dated December 31, 2013, as filed with the various Insurance Departments and is a true and correct statement of the condition of Continental Casualty Company as of that date.

Continental Casualty Company

By _____
Assistant Vice President

Subscribed and sworn to me this ___12th___ day of ___March___, 2014.

My commission expires: 

_____
Notary Public

"OFFICIAL SEAL"
KATHLEEN M. SCHROEDER
Notary Public State of Illinois
My Commission Expires 08/16/15

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **Berkley Insurance Company,**
THE **Berkley Insurance Company** HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **February 11, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**Berkley Insurance Company**

BY: _____
    **Annette Leuschner** , ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22ⁿᵈ** DAY OF **August** , 20**14**.

_____
Notary Public

**ANDREA E. GORBERT**
**Notary Public, State of New York**
**No. 01GO6170063**
**Qualified in Suffolk County**
**Commission Expires July 02, 2015**

CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK
INSURANCE LAW

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**BERKLEY INSURANCE COMPANY**

Of Wilmington, Delaware

a corporation organized under the laws of the State of Delaware and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $4,877,385,251 (Capital $43,000,000) as is shown by its sworn financial statement for the third quarter as of September 30, 2013, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 11th day of February, 2014.

**Benjamin M. Lawsky**
**Superintendent**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

www.dfs.ny.gov

No. BI- 107

**POWER OF ATTORNEY**

## BERKLEY INSURANCE COMPANY
WILMINGTON, DELAWARE

NOTICE: The warning found elsewhere in this Power of Attorney affects the validity thereof. Please review carefully.

KNOW ALL MEN BY THESE PRESENTS, that BERKLEY INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware, having its principal office in Greenwich, CT, has made, constituted and appointed, and does by these presents make, constitute and appoint: *David W. Rosehill, Nancy Schnee, Andrea E. Gorbert, Annette Leuschner, Valorie I. Spates, Beverly A. Woolford or Anne L. Potter of Aon Risk Services Northeast, Inc. of Jericho, NY* its true and lawful Attorney-in-Fact, to sign its name as surety only as delineated below and to execute, seal, acknowledge and deliver any and all bonds and undertakings, with the exception of Financial Guaranty Insurance, providing that no single obligation shall exceed **Fifty Million and 00/100 U.S. Dollars (U.S.$50,000,000.00),** to the same extent as if such bonds had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office in their own proper persons.

This Power of Attorney shall be construed and enforced in accordance with, and governed by, the laws of the State of Delaware, without giving effect to the principles of conflicts of laws thereof. This Power of Attorney is granted pursuant to the following resolutions which were duly and validly adopted at a meeting of the Board of Directors of the Company held on January 25, 2010:

**RESOLVED,** that, with respect to the Surety business written by Berkley Surety Group, the Chairman of the Board, Chief Executive Officer, President or any Vice President of the Company, in conjunction with the Secretary or any Assistant Secretary are hereby authorized to execute powers of attorney authorizing and qualifying the attorney-in-fact named therein to execute bonds, undertakings, recognizances, or other suretyship obligations on behalf of the Company, and to affix the corporate seal of the Company to powers of attorney executed pursuant hereto; and said officers may remove any such attorney-in-fact and revoke any power of attorney previously granted; and further

**RESOLVED,** that such power of attorney limits the acts of those named therein to the bonds, undertakings, recognizances, or other suretyship obligations specifically named therein, and they have no authority to bind the Company except in the manner and to the extent therein stated; and further

**RESOLVED,** that such power of attorney revokes all previous powers issued on behalf of the attorney-in-fact named; and further

**RESOLVED,** that the signature of any authorized officer and the seal of the Company may be affixed by facsimile to any power of attorney or certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligation of the Company; and such signature and seal when so used shall have the same force and effect as though manually affixed. The Company may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Company, notwithstanding the fact that they may have ceased to be such at the time when such instruments shall be issued.

IN WITNESS WHEREOF, the Company has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this 10 day of May , 2013.

Attest:        Berkley Insurance Company

(Seal)    By _____      By _____
          Ira S. Lederman              Jeffrey M. Hafter
          Senior Vice President & Secretary      Senior Vice President

**WARNING: THIS POWER INVALID IF NOT PRINTED ON BLUE "BERKLEY" SECURITY PAPER.**

    **STATE OF CONNECTICUT** )
                      ) ss:
    **COUNTY OF FAIRFIELD** )

Sworn to before me, a Notary Public in the State of Connecticut, this 10 day of May , 2013, by Ira S. Lederman and Jeffrey M. Hafter who are sworn to me to be the Senior Vice President and Secretary, and the Senior Vice President, respectively, of Berkley Insurance Company.

Notary Public, State of Connecticut

> KATHLEEN COREY
> NOTARY PUBLIC
> CONNECTICUT
> MY COMMISSION EXPIRES OCTOBER 31, 2017

## CERTIFICATE

I, the undersigned, Assistant Secretary of BERKLEY INSURANCE COMPANY, DO HEREBY CERTIFY that the foregoing is a true, correct and complete copy of the original Power of Attorney; that said Power of Attorney has not been revoked or rescinded and that the authority of the Attorney-in-Fact set forth therein, who executed the bond or undertaking to which this Power of Attorney is attached, is in full force and effect as of this date.
     Given under my hand and seal of the Company, this _____ day of AUG 2 2 2014 , _____.

(Seal)                                   Andrew M. Tuma

*WARNING - Any unauthorized reproduction or alteration of this document is prohibited. This power of attorney is void unless seals are readable and the certification seal at the bottom is embossed. The background imprint, warning and confirmation (on reverse) must be in blue ink.*

# BERKLEY INSURANCE COMPANY

## STATUTORY BALANCE SHEET
### DECEMBER 31, 2013
(AMOUNTS IN THOUSANDS)

**Admitted Assets**

| | | |
|---|---|---:|
| Bonds | $ | 8,536,003 |
| Common & Preferred Stocks | | 2,946,151 |
| Cash & Short Term Investments | | 844,010 |
| Premiums Receivable | | 1,179,681 |
| Other Assets | | 2,616,835 |
| Total Admitted Assets | $ | 16,122,680 |

**Liabilities & Surplus**

| | | |
|---|---|---:|
| Loss & LAE Reserves | $ | 8,380,624 |
| Unearned Premium Reserves | | 2,113,012 |
| Other Liabilities | | 721,872 |
| Total Liabilities | $ | 11,215,508 |
| Capital Stock | $ | 43,000 |
| Additional Paid In Capital | | 2,751,028 |
| Unassigned Surplus | | 2,113,144 |
| Total Policyholders' Surplus | $ | 4,907,172 |
| Total Liabilities & Surplus | $ | 16,122,680 |

**Officers:**
President: W. Robert Berkley, Jr.
Secretary: Ira Seth Lederman
Treasurer: Eugene George Ballard
Sr. Vice President & General Counsel:
Rajiv Nayan Raval

**Directors:**
William Robert Berkley,
(Chairman)
W. Robert Berkley, Jr.
Eugene George Ballard
Paul James Hancock
Carol Josephine LaPunzina
Ira Seth Lederman
C. Fred Madsen

STATE OF NEW YORK

COUNTY OF NASSAU

**Annette Leuschner**, BEING DULY SWORN, DEPOSES AND SAYS: I AM AN ATTORNEY-IN-FACT OF THE **RLI Insurance Company**
THE **RLI Insurance Company** HAS BEEN ISSUED A CERTIFICATE OF SOLVENCY, DATED **May 1, 2014** BY THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.

SAID CERTIFICATE OF SOLVENCY HAS NOT BEEN REVOKED.

**RLI Insurance Company**

BY:_____

**Annette Leuschner** , ATTORNEY-IN-FACT

SWORN TO ME BEFORE THIS **22ⁿᵈ** DAY OF **August** , 20**14**.

_____
Notary Public

**ANDREA E. GORBERT**
**Notary Public, State of New York**
**No. 01GO6170063**
**Qualified in Suffolk County**
**Commission Expires July 02, 20 15**

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

### STATE OF NEW YORK

### DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

### **RLI Insurance Company**
of Peoria, Illinois

a corporation organized under the laws of the State of Illinois and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $859,221,325 (Capital $10,000,375), as is shown by its sworn financial statement for the end of the year as of December 31, 2013 ,on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 1st day of May, 2014.

**Benjamin M. Lawsky**
**Superintendent**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

M3110614

 **RLI**

RLI Surety
P.O. Box 3967 | Peoria, IL 61612-3967
Phone: (800)645-2402 | Fax: (309)689-2036
www.rlicorp.com

# POWER OF ATTORNEY
## RLI Insurance Company

*Know All Men by These Presents:*

That the **RLI Insurance Company**, a corporation organized and existing under the laws of the State of Illinois, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint:

Robert McDonough, Glenn Pelletiere, Thomas Rhatigan, Debra A. Deming, Cynthia Farrell, Vivian Carti, Sandra Diaz,

Evangelina Dominick, Annette Leuschner, Valorie Spates, Jessica Iannotta, Sonia Rogers, jointly or severally

in the City of ____New York____, State of ____New York____, as Attorney in Fact, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, all of the following classes of documents to-wit:

Indemnity, Surety and Undertakings that may be desired by contract, or may be given in any action or proceeding in any court of law or equity; policies indemnifying employers against loss or damage caused by the misconduct of their employees; official, bail and surety and fidelity bonds. Indemnify in all cases where indemnity may be lawfully given; and with full power and authority to execute consents and waivers to modify or change or extend any bond or document executed for this Company, and to compromise and settle any and all claims or demands made or existing against said Company.

The **RLI Insurance Company** further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of **RLI Insurance Company**, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the _____**RLI Insurance Company**_____, has caused these presents to be executed by its _____Vice President_____ with its corporate seal affixed this ___10th__ day of _____January___, __2014__.

ATTEST:

RLI Insurance Company

Cynthia S. Dohm                    Assistant Secretary

By: _____  Vice President
Roy C. Die

State of _____Illinois_____

County of _____Peoria_____   } SS

On this __10th__ day of _____January___, __2014__ before me, a Notary Public, personally appeared _____Roy C. Die_____ and _____Cynthia S. Dohm_____, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as _____ _____Vice President_____ and _____Assistant Secretary_____, respectively, of the said _____**RLI Insurance Company**_____, and acknowledged said instrument to be the voluntary act and deed of said corporation.

Jacqueline M. Bockler                    Notary Public

"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS
JACQUELINE M. BOCKLER
COMMISSION EXPIRES 03/19/14

A0056D04



RLI Insurance Company
P.O. Box 3967   Peoria IL 61612-3967
Phone: 309-692-1000   Fax: 309-693-1610

# RLI Insurance Company
### December 31, 2013

| Admitted Assets | | | Liabilities and Surplus | | |
|---|---|---|---|---|---|
| Investments: | | | Liabilities: | | |
| Fixed maturities | $ | 565,275,057 | Reserve for unpaid losses and loss | | |
| Equity securities | | 936,244,320 | adjustment expenses | $ | 444,285,643 |
| Short-term investments | | 2,488,289 | Unearned premiums | | 201,229,816 |
| Real estate | | 22,332,965 | Accrued expenses | | 52,704,394 |
| Properties held to produce income | | 0 | Funds held | | 5,326,928 |
| Cash on hand and on deposit | | 27,278,945 | Advance premiums | | 4,990,302 |
| Other invested assets | | 750,000 | Amounts withheld | | 61,410,396 |
| Receivables for securities | | 0 | Ceded reinsurance premium payable | | 33,163,471 |
| Agents' balances | | 108,168,054 | Payable for securities | | 0 |
| Investment income due and accrued | | 6,186,935 | Statutory penalties | | 443,200 |
| Funds held | | 4,000 | Current federal & foreign income taxes | | 2,507,679 |
| Reinsurance recoverable on paid losses | | 4,352,755 | Federal income tax payable | | 13,100,904 |
| Federal income taxes receivable | | 0 | Borrowed money and accrued interest | | 1,288 |
| Net deferred tax asset | | 0 | Drafts outstanding | | 0 |
| Guarantee funds receivable or on deposit | | 64,220 | Payable to affiliate | | 0 |
| Electronic data processing equipment, | | | Other liabilities | | 1,052,639 |
| net of depreciation | | 438,158 | | | |
| Receivable from affiliates | | 4,298,475 | Total Liabilities | $ | 820,216,660 |
| Other admitted assets | | 1,555,812 | | | |
| | | | Surplus: | | |
| Total Admitted Assets | $ | 1,679,437,985 | Common stock | $ | 10,000,375 |
| | | | Additional paid-in capital | | 242,451,084 |
| | | | Unassigned surplus | | 606,769,866 |
| | | | Total Surplus | $ | 859,221,325 |
| | | | Total Liabilities and Surplus | $ | 1,679,437,985 |

State of Illinois  }
County of Peoria  }

*The undersigned, being duly sworn, says: That he is the President of **RLI Insurance Company**; that said Company is a corporation duly organized, in the State of Illinois, and licensed and engaged in business in the State of* New York *and has duly complied with all the requirements of the laws of said State applicable of said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under the Act of Congress approved July 1947, 6U.S.C sec. 6-13; and that to the best of his knowledge and belief the above statement is a full, true, and correct statement of the financial condition of the said Company on the 31st day of December 2013.*

**Attest:**



{ Corporate Seal Affixed }

Michael J. Stone                    President

Cynthia S. Dohm                    Assistant Secretary

*Sworn to before me this 4th day of March, 2014.*



{ Notarial Seal Affixed }

Jacqueline M. Bockler          *Notary Public, State of Illinois*

M0058314