UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD O'DONNELL,<br><br>                Plaintiff,<br><br>                – v. –<br><br>BANK OF AMERICA CORPORATION, successor to COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., and FULL SPECTRUM LENDING,<br><br>                Defendants. | |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff-Intervenor,<br><br>                – v. –<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE FINANCIAL CORPORATION, BANK OF AMERICA CORPORATION, and BANK OF AMERICA, N.A.,<br><br>                Defendants. | Case No. 12-cv-1422 (JSR)<br><br>ECF Case |

## NOTICE OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR A NEW TRIAL

Brendan V. Sullivan, Jr.
Enu A. Mainigi
Craig D. Singer
Kannon K. Shanmugam
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
*Counsel for Defendants Bank of America Corporation and Bank of America, N.A.*

Richard M. Strassberg
William J. Harrington
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
*Counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Full Spectrum Lending*

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum In Support of Bank Defendants' Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial, Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Bank of America, N.A move this Court for an Order pursuant to Federal Rule of Civil Procedure 50(b) granting judgment as a matter of law in favor of Defendants or, in the alternative, and Order pursuant to Federal Rule of Civil Procedure 59 granting a new trial. According to the schedule set by the Court, the response to this motion must be filed by September 18, 2014, any reply in support of the motion must be filed by September 25, 2014.

Respectfully submitted,

Dated: Washington, DC
August 28, 2014

s/Craig D. Singer
Brendan V. Sullivan, Jr. (*pro hac vice*)
Enu A. Mainigi (*pro hac vice*)
Craig D. Singer
Kannon K. Shanmugam
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (fax)
bsullivan@wc.com
emainigi@wc.com
*Counsel for Defendants Bank of America Corporation and Bank of America, N.A.*

Dated: New York, NY
August 28, 2014

s/Richard M. Strassberg
Richard M. Strassberg
William J. Harrington
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
rstrassberg@goodwinprocter.com
wharrington@goodwinprocter.com
*Counsel for Defendants Countrywide Financial Corporation, Countrywide Home*

*Loans, Inc., and Full Spectrum Lending*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of August, 2014, the foregoing Notice of Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial was filed with the Court through the CM/ECF system and a courtesy hard copy of the foregoing was sent to the Court. I also certify that the foregoing was served via electronic mail on the following counsel:

Pierre G. Armand
Jaimie L. Nawady
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2724/2528
Fax: (212) 637-2730
Email: Pierre.Armand@usdoj.gov
Jaimie.Nawaday@usdoj.gov
*Attorneys for the United States*

David G. Wasinger
The Wasinger Law Group, P.C.
1401 S. Brenwood Blvd., Ste. 875
St. Louis, MO 63144
Tel: 314-961-0400
Fax: 314-961-2726
dwasinger@wasingerlawgroup.com
*Attorney for Relator Edward O'Donnell*

                                                        s/Craig D. Singer
                                                        Craig D. Singer