# SureTec Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

-v-

COUNTRYWIDE FINANCIAL
CORPORATION, COUNTRYWIDE
HOME LOANS, INC., COUNTRYWIDE
BANK, FSB, BANK OF AMERICA
CORPORATION, BANK OF AMERICA,
N.A., and REBECCA MAIRONE,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/15
```

Case No. 12-cv-1422 (JSR)

## AMENDMENT No. 3

To be attached to and form a part of **SUPERSEDEAS BOND, Bond Number 3355199** effective date of November 12, 2014, issued by the **SureTec Insurance Company**, as **Surety**, on behalf of **REBECCA MAIRONE, as Principal**, in the penal sum of **TWO HUNDRED NINE THOUSAND TWO HUNDRED SIXTY-FOUR AND 55/100THS-----($209,264.55)DOLLARS** and in favor of the **UNITED STATES OF AMERICA, as Obligee**.

In consideration of the premium charged for the attached bond, it is hereby agreed that the bond be amended and increased by $18,721.44, which represents 20% of the gross income of Rebecca Mairone for the Quarter ending June 30, 2015 in accordance with the Stipulation and Order, So-Ordered on November 3, 2014. **The Bond shall be amended as follows:**

**Bond Amount**

FROM:     TWO HUNDRED NINE THOUSAND TWO HUNDRED SIXTY-FOUR AND 55/100THS-($209,264.55)DOLLARS

TO:     TWO HUNDRED TWENTY-SEVEN THOUSAND NINE HUNDRED EIGHTY-FIVE AND 99/100THS----($227,985.99)DOLLARS.

Provided, however, that the attached bond shall be subject to all its agreements, limitations and conditions except as herein expressly modified, and further that the liability of the Surety under the attached bond amended by this rider shall not be cumulative.

**The rider shall become effective as of the 30th day of June, 2015.**

RUBY J. KRAJICK
CLERK OF COURT
approved 7/29/15 as per stipulation + order dated 11/3/14
BY ___[signature]___
Deputy Clerk

SUPERSEDEAS BOND, Bond Number 3355199

Signed and dated the 28th day of July, 2015.

SureTec Insurance Company
Surety

By: _____
Maria Sponza, Attorney-In-Fact

### SURETY ACKNOWLEDGMENT

**STATE OF** NEW YORK

**COUNTY OF** NEW YORK

On the 28th day of July, 2015, before me personally came **Maria Sponza**, resides at 60 East 42nd Street, New York, New York, State of New York, that she is Attorney-In-Fact of SureTec Insurance Company, the corporation described in and which executed the within instrument; that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by the Board of Directors of said corporation, and that she signed her name thereto by like order; and that the **SureTec Insurance Company** is duly authorized to transact business in the State of New York in pursuance of the statutes in such case made and provided; that the Superintendent of Insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to the **SureTec Insurance Company** a Certificate of Solvency and of Qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that such certificate has not been revoked.

_____
Notary Public

ANITA HUNTER
Notary Public, State of New York
NO. 01HU4828371
Qualified in Richmond County
Commission Expires April 30, 20_19_

POA #: 3210004

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Anita Hunter, Carol Levine, Sybil Levine, Margaret McLaughlin, Maria Sponza

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for:

Three Million and 00/100 Dollars ($3,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment shall continue in force until  6/30/2016  and is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 21st day of March, A.D. 2013.

SURETEC INSURANCE COMPANY

By: _____
John Knox Jr., President

State of Texas      ss:
County of Harris

On this 21st day of March, A.D. 2013 before me personally came John Knox Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.


JACQUELYN MALDONADO
Notary Public
State of Texas
My Comm. Exp. 5/18/2017

_____
Jacquelyn Maldonado, Notary Public
My commission expires May 18, 2017

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this __28th__ day of __July__, __2015__, A.D.

_____
M. Brent Beaty, Assistant Secretary

**Any instrument issued in excess of the penalty stated above is totally void and without any validity.**
**For verification of the authority of this power you may call (713) 812-0800 any business day between 8:00 am and 5:00 pm CST.**



SureTec Insurance Company
1330 Post Oak Blvd., Suite 1100
Houston, TX. 77056

### FINANCIAL STATEMENT
### as of December 31, 2014
### Statutory Basis

| | | | |
|---|---:|---|---:|
| Bonds | $ 130,026,011 | Reserve for Losses and Loss Expense | $ 9,067,922 |
| Stocks | 13,339,879 | Reserve for Unearned Premiums | 27,021,031 |
| Cash & Short Term Investments | 21,547,103 | Other Liabilities | 57,612,454 |
| Agents Balances or Uncollected Premiums | 5,973,198 | TOTAL LIABILITIES | 93,701,407 |
| Other Admitted Assets | 4,699,484 | | |
| | | Capital Stock | 5,000,000 |
| | | Surplus | 76,884,268 |
| | | TOTAL POLICYHOLDERS SURPLUS | 81,884,268 |
| | | TOTAL LIABILITIES AND POLICYHOLDERS | |
| TOTAL ASSETS | $ 175,585,675 | SURPLUS | $ 175,585,675 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

### CERTIFICATE

David Allen Wisnoski, Treasurer, and Matthew Brent Beaty, Assistant Secretary, of the SureTec Insurance Company, being duly sworn each for himself, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2014, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2014, according to the best of their information, knowledge and belief.

Treasurer

Assistant Secretary

STATE OF TEXAS
COUNTY OF HARRIS

On this 3rd day of March, 2015, before me came the above
named officers of SureTec Insurance Company to me known to
be the individuals and officers described herein, and
acknowledge that they executed the foregoing instrument and
affixed the seal of the corporation thereto by the authority of
their office.

Notary Public

LINDA WHITE
My Commission Expires
October 14, 2017

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

### STATE OF NEW YORK

### DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**SURETEC INSURANCE COMPANY**

Of Houston, Texas

a corporation organized under the laws of the State of Texas and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $78,220,686 (Capital $5,000,000) as is shown by its sworn financial statement for the Second Quarter as of June 30, 2014, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 10th day of September, 2014

**Benjamin M. Lawsky**
**Superintendent**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

www.dfs.ny.gov