```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA ex rel.     :
EDWARD O'DONNELL,                    :
                                     :
            Plaintiff,               :
                                     :    12-cv-1422 (JSR)
       -v-                           :
                                     :    ORDER
COUNTRYWIDE FINANCIAL CORPORATION;   :
COUNTRYWIDE HOME LOANS, INC.;        :
COUNTRYWIDE BANK, FSB; BANK OF       :
AMERICA CORPORATION; BANK OF         :
AMERICA, N.A.; and REBECCA MAIRONE,  :
                                     :
            Defendants.              :
------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

Before the Court is the motion of non-parties Sidney T. Lewis and Yvonne D. Lewis "for directed judgment." ECF No. 376. The Court construes the somewhat inscrutable motion[1] as a request for a portion of the proceeds of any damages awarded in this qui tam action. The motion is meritless for at least two reasons. First, no damages were ultimately awarded. See ECF No. 373 (order entering final judgment for defendants). Second, only relators are entitled to a portion of the proceeds from a qui tam action and movants are not relators. See Cook Count, Ill. v.

---

[1] Among other things, the motion incorrectly suggests that this case is related to a number of cases filed in this district, the Southern District of Ohio, and the Southern District of Iowa.

1

United States ex rel. Chandler, 538 U.S. 119, 123 n.2 (2003).

Accordingly, the motion is denied.[2]

The Clerk is directed to close document number 376 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, NY
         February 25, 2018

---

[2] The Court need not reach the issue of whether movants are vexatious litigators.