UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex rel.
EDWARD O'DONNEL,

       Plaintiff,

   -against-

COUNTRYWIDE FINANCIAL CORPORATION,
et al.,

       Defendants.

12-cv-1422 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

Non-parties Sidney T. Lewis and Yvonne D. Lewis have filed two frivolous motions in the above-captioned case, styled as a motion to vacate judgment, see ECF No. 379, and a motion for leave to reopen the case, see ECF No. 380. The motions are hereby denied.

       SO ORDERED.

Dated:   New York, NY

       November 30, 2021

       JED S. RAKOFF, U.S.D.J.

1