UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. EDWARD O'DONNEL,<br><br>    Plaintiff,<br><br>    -against-<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | 12-cv-1422 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Non-parties Sidney T. Lewis and Yvonne D. Lewis have filed two frivolous motions in the above-captioned case, styled as a motion to vacate judgment, see ECF No. 379, and a motion for leave to reopen the case, see ECF No. 380. The motions are hereby denied.

SO ORDERED.

Dated:   New York, NY

         November 30, 2021                    _____
                                              JED S. RAKOFF, U.S.D.J.